| | |
|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT MILWAUKEE COUNTY |
| **STATE OF WISCONSIN**<br>Plaintiff, | DA Case No.: 2019ML010418<br>Court Case No.: |
| vs.<br>HAYES, DEMARCUS MARQUEZ<br>7719 WEST HAMPTON AVENUE<br>MILWAUKEE, WI 53218<br>DOB: ▮ 1996 | **CRIMINAL COMPLAINT** |
| Defendant(s). | For Official Use |

THE BELOW NAMED COMPLAINANT BEING DULY SWORN, ON INFORMATION AND BELIEF STATES THAT:

**Count 1: FIRST DEGREE RECKLESSLY ENDANGERING SAFETY, USE OF A DANGEROUS WEAPON**

The above-named defendant on or about Saturday, April 27, 2019, at 6451 North 52nd Street, in the City of Milwaukee, Milwaukee County, Wisconsin, did recklessly endanger the safety of VAT, under circumstances which show utter disregard for human life, contrary to sec. 941.30(1), 939.50(3)(f), 939.63(1)(b) Wis. Stats.

Upon conviction for this offense, a Class F Felony, the defendant may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than twelve (12) years and six (6) months, or both.

And further, invoking the provisions of sec. 939.63(1)(b) Wis. Stats., because the defendant committed this offense while using a dangerous weapon, the maximum term of imprisonment for the felony may be increased by not more than 5 years.

**Count 2: SECOND DEGREE RECKLESSLY ENDANGERING SAFETY, USE OF A DANGEROUS WEAPON**

The above-named defendant on or about Saturday, April 27, 2019, at 5201 W. Mill Road, in the City of Milwaukee, Milwaukee County, Wisconsin, did recklessly endanger the safety of TKE, contrary to sec. 941.30(2), 939.50(3)(g), 939.63(1)(b) Wis. Stats.

Upon conviction for this offense, a Class G Felony, the defendant may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than ten (10) years, or both.

And further, invoking the provisions of sec. 939.63(1)(b) Wis. Stats., because the defendant committed this offense while using a dangerous weapon, the maximum term of imprisonment for the felony may be increased by not more than 5 years.

**Probable Cause:**

Your complainant is an officer with the Milwaukee Police Department and his information is based upon the reports of Detective Mark Harms. Your complainant has relied upon those records and files in the past and has found them to be truthful and reliable.

On April 27, 2019, officers were dispatched to Saint Joseph's Hospital regarding a subject who arrived with a gunshot wound to the back. Officers spoke with victim, VAT, who stated that around 12:30pm he was parked in a Mazda SUV in front of his mother's address at 6452 N 52nd St., City and County of Milwaukee. According to VAT, the Mazda SUV belonged to his ex-girlfriend, MB., but she had allowed him to drive the vehicle.

While seated in the driver's seat of the Mazda, VAT observed MB and the above named defendant walk up to him. VAT knew the defendant as MB's new boyfriend and was able to identify him via photo array. The defendant had a black semi-automatic handgun in his hand and MB had a golf club in her hand. When the defendant yelled at VAT to get out of the vehicle, VAT attempted to drive away. The defendant then fired 4-5 times at VAT. The defendant realized he had been shot and was taken to the hospital. He suffered a 4 inch grazed gunshot wound to the back. Officers also viewed Ring surveillance video of the scene that mirrors VAT's statement. Officers recovered 14 9mm casings and 4 flattened bullets on scene.

While canvassing the area, officers observed a bullet hole in the second story of 5201 W. Mill Rd., City and County of Milwaukee. TKE, the homeowner, stated that he and his three children were home during the above incident. CME (05/08/2008) stated she was in her bedroom on her bed when a bullet entered the bedroom and hit her TV.

****End of Complaint****

**Electronic Filing Notice:**
This case was electronically filed with the Milwaukee County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases. Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. You may also register as an electronic party by following the instructions found at http://efiling.wicourts.gov/ and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party. If you are not represented by an attorney and would like to register an electronic party, you will need to contact the Clerk of Circuit Court office at 414-278-4120. Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Criminal Complaint prepared by Brittany Kachingwe.
Subscribed and sworn to before me on 05/13/19

Electronically Signed By:
Brittany Kachingwe
Assistant District Attorney
State Bar #: 1096649

Electronically Signed By:
Detective Keyellia MORRIES
Complainant

# FELONY WARRANT
## (and AUTHORIZATION FOR EXTRADITION)

STATE OF WISCONSIN  CIRCUIT COURT  MILWAUKEE COUNTY

| COURT CASE NO. | DA CASE NO. | WARRANT NO. |
|---|---|---|
| | 2019ML010418 | |

The State of Wisconsin,
Plaintiff
v.
Demarcus Marquez Hayes
7719 West Hampton Avenue
Milwaukee, WI 53218

D.O.B.: ███/1996

Sex: M
Race: B
Height: 5 ft 10 in
Weight: 160 lbs
Hair: Black
Eyes: Brown

Defendant.

## CRIMINAL WARRANT

**CRIME(S) AND STATUTE(S) VIOLATED:**
First Degree Recklessly Endangering Safety 941.30(1) Class F Felony; 939.63(1)(b) (Use of a Dangerous Weapon)
Second Degree Recklessly Endangering Safety 941.30(2) Class G Felony; 939.63(1)(b) (Use of a Dangerous Weapon)

COMPLAINING WITNESS: D.G. Feyen — Morales

**THE STATE OF WISCONSIN TO ANY LAW ENFORCEMENT OFFICER:**

A Complaint, copy of which is attached, having been filed with me, accusing the Defendant(s) of committing the above stated crime(s) contrary to the above stated statutory sections of the Wisconsin Statutes, I find that probable cause exists that the crime(s) was/were committed by the Defendant(s).

You are, therefore, commanded to arrest and bring the named Defendant(s) before a presiding Judge of the Circuit Court, Criminal Division of Milwaukee County, or, if he is not available, before any acting Judge of the Circuit Court, Criminal Division of said County.

_____
Court Commissioner as Judge
DAVID M. SWEET

Date: 5/13/19

[Seal: Milwaukee Co. Wisconsin Circuit Court]

**AUTHORIZATION FOR EXTRADITION**
(Check One)

☒ Extradition is authorized from any location within the United States.
☐ Extradition is authorized from any adjoining state.
☐ Extradition is not authorized.

**RETURN**

I arrested the named Defendant on: _____ at _____ am/pm
            Date         Time

at _____
       Address

City/Village of _____

Fees:  Service $ _____
       Travel  $ _____
       Total   $ _____

ORIGINAL FELONY WARRANT