# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

data associated with the Instagram profile with URL: https://www.instagram.com/lilmac_gs9/, and more fully described in attachment A

)
)
)
)
)
)
)

Case No. 19-981 M (NJ)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE _December 9, 2019_ (not to exceed 14 days)
☐ in the daytime between 6:00 a.m. and 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Nancy Joseph_____.
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☒ until, the facts justifying, the later specific date of May 25, 2020 NJ.

Date and time issued: _November 25, 2019 2:40 pm_  _[signature] Nancy Joseph_
*Judge's signature*

City and State: Milwaukee, Wisconsin    _Nancy Joseph_, U.S. Magistrate Judge
*Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| Return | | |
|---|---|---|
| Case No:<br>19-981M(NJ) | Date and time warrant executed:<br>11/25/19 @ 15:00 | Copy of warrant and inventory left with:<br>Served Electronically |
| Inventory made in the presence of:<br>Served Electronically | | |
| Inventory of the property taken and/or name of any person(s) seized: | | |

No physical data, location data was received for the target account.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 12/31/19

_____
Executing officer's signature

Jeremy Loesch, SDUSM
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: 12/31/19

_____
United States Magistrate Judge

## ATTACHMENT A

This Search Warrant is being sought for the data specified in Attachment B associated with the following Instagram profile with URL:

https://www.instagram.com/lilmac_gs9/

hosted by Facebook Inc., 1601 Willow Road, Menlo Park, California, USA.

## ATTACHMENT B

**I. Information to be disclosed by Instagram, whose parent company is Facebook Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, the Provider is required to disclose the following information to the government for each account listed in Attachment A:

(a) All physical location data collected by the Provider for the user of the account, including any data collected by the Provider's location services via the user's mobile phone or other device, on a real-time or near-real time basis. The Provider is required to provide any such data they collect, regardless of the time of day.

**II. Information to be seized by the government**

(a) All data disclosed by the Provider pursuant to this attachment. This data shall be made accessible by the provider to the United States Marshals Service 24/7, day or night, and/or emailed to Supervisory Deputy United States Marshal Jeremy Loesch at jeremy.loesch@usdoj.gov.

**III. Time for production by provider**

The provider shall begin producing the information required by this attachment within seven (7) days of the date of service of the warrant.

## IV. Duration of production

The provider shall produce the information required by this attachment for a period of sixty (60) days from the date of issuance of this warrant.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Instagram, LLC, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Instagram, LLC. The attached records consist of _____ [GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Instagram, LLC, and they were made by Instagram, LLC as a regular practice; and

    b.    such records were generated by Instagram, LLC's electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Instagram, LLC in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Instagram, LLC, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____
Date                                                    Signature